**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

JULIE BROCK
(513) 564-7036
(FAX) 564-7094
www.ca6.uscourts.gov

Filed: June 5, 2007

Oscar Smith
Riverbend Maximum Security Institute
#163424
7475 Cockrill Bend Industrial Road
Nashville, TN 37209-1010

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

JUN 0 7 2007

DEPUTY CLERK

Re: No. 07-5683
    Smith vs. Little
    District Court Case No. 07-00402

Dear Mr. Smith,

This appeal has been docketed as case number **07-5683**. The case caption is enclosed on a separate page. It and the case number must appear on all documents submitted for filing to the court.

Our review of the district court docket shows that you have not responded to that court's deficiency notice by either paying the $455 appellate filing fee in full at the district court or moving for leave to proceed in forma pauperis, attaching a financial affidavit and a certified copy of your prison trust account statement. The motion must be filed in the district court.

If you do not respond by the deadline set by the district court, the court of appeals will dismiss your appeal for want of prosecution and the district court will assess the entire filing fee. Once dismissed under these circumstances, the appeal will not be reinstated, even if the filing fee is subsequently paid.

Very truly yours,

Julie M. Brock
Case Manager

cc:
Mr. Keith Throckmorton
Honorable Todd J. Campbell

## OFFICIAL COURT OF APPEALS CAPTION FOR 07-5683

OSCAR SMITH

    Plaintiff - Appellant

v.

GEORGE LITTLE, TDOC Commissioner; ROLAND COLSON; RICKY J. BELL, Warden; MIKE CRUTCHER; MIKE SLAUGHTER; NICKY SALYERS; GARY HAYES; JERRY NEWMAN

    Defendants - Appellees